**E-FILED**
Wednesday, 30 September, 2015  05:19:56 PM
Clerk, U.S. District Court, ILCD

Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| Michael W. Smith; Joshua D. Warner; Kristopher P. Kras; Randy J. Schertz and Rex L. Hulbert,<br><br>Plaintiffs, | )<br>)<br>) |
| vs. | )   Case Number: 15-3149 |
| Gregory M. Bassi; Gregg Scott; Liberty Health Care Corporation and Wexford Health Services,<br><br>Defendants. | )<br>)<br>)<br>) |

## <u>JUDGMENT   IN A CIVIL CASE</u>

☐ **JURY VERDICT**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☐ **DECISION BY THE COURT**.   This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** pursuant to the Opinion entered by the Honorable Sue E. Myerscough on September 30, 2015, the Plaintiffs' petitions to proceed in forma pauperis are denied, without prejudice, because their complaint does not state a federal claim.   All pending motions are denied as moot; case CLOSED.------------------------------------------------

**Dated: September 30, 2015**

s/ Kenneth A. Wells
Kenneth A. Wells
Clerk, U.S. District Court